## United States District Court for the Northern District of Illinois

Case Number: 08CV3736   Assigned/Issued By: DAJ

Judge Name:   Designated Magistrate Judge:

**FEE INFORMATION**

*Amount Due:*  ☐ $350.00   ☐ $39.00   ☐ $5.00
 ☐ IFP   ☐ No Fee   ☐ Other _____
 ☐ $455.00

Number of Service Copies _____   Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____   Receipt #: _____

Date Payment Rec'd: _____   Fiscal Clerk: _____

**ISSUANCES**

☑ Summons   ☐ Alias Summons
☐ Third Party Summons   ☐ Lis Pendens
☐ Non Wage Garnishment Summons   ☐ Abstract of Judgment
☐ Wage-Deduction Garnishment Summons
 _____
 _____
 (Victim, Against and $ Amount)
☐ Citation to Discover Assets
☐ Writ _____
 (Type of Writ)

3  Original and  3  copies on 07/01/08 as to CITY OF CHICAGO C/O
 (Date)
DALEY, CITY OF CHICAGO C/O GEORGES, JOHN SPATZ JR

C:\wpwin80\docket\feeinfo.frm   03/14/05