AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

ADEBOLA FAGBEMI

V.

CITY OF CHICAGO and JOHN SPATZ, Jr.

CASE NUMBER: 08 C 3736

ASSIGNED JUDGE: Kendall

DESIGNATED MAGISTRATE JUDGE: Brown

TO: (Name and address of Defendant)

CITY OF CHICAGO
c/o Mara S. Georges, Esq.
Corporate Counsel
121 North LaSalle Street
Room 600
Chicago, IL 60602

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Arthur R. Ehrlich
GOLDMAN & EHRLICH
19 South LaSalle Street
Suite 1500
Chicago, IL 60603

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

JUL - 1 2008

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me [1] | DATE July 2, 2008 |
| NAME OF SERVER *(PRINT)* Joseph Tansino | TITLE Law Clerk |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): ~~Registered~~ Agent — Nancy Nieminski, Rm. 107 City Hall

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  July 2, 2008
            Date            *Signature of Server*

LAW OFFICES
**GOLDMAN & EHRLICH**
19 SOUTH LASALLE STREET - FIFTEENTH FLOOR
CHICAGO, ILLINOIS 60603

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.