IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ADEBOLA FAGBEMI, | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 C 3736 |
| | ) | |
| v. | ) | Judge Kendall |
| | ) | |
| CITY OF CHICAGO, and | ) | Magistrate Judge Brown |
| JOHN SPATZ, Jr., Individually, | ) | |
| and as Commissioner of the | ) | |
| Department of Water of the City of | ) | |
| Chicago, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT CITY OF CHICAGO'S UNOPPOSED MOTION
FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE
<u>PLEAD TO PLAINTIFF'S COMPLAINT</u>**

Defendant City of Chicago (the "City"), by its attorney, Mara S. Georges, Corporation Counsel of the City, moves for an extension of time of thirty (30) days, up to and including August 22, 2008, to answer or otherwise plead to plaintiff's complaint. The City states the following in support of this motion:

1. Plaintiff filed his complaint on June 30, 2008. The complaint alleges federal claims under 42 U.S.C. 1983 against the City and John Spatz, individually and in his official capacity as Commissioner of the City's Department of Water.

2. Plaintiff's complaint and summons were served on the City on or about July 2, 2008. The City's answer or other pleading to the complaint was due on July 23, 2008.

3. On July 24, 2008, undersigned counsel was assigned to this case and filed an appearance on behalf of Defendant City.

4. To properly answer or otherwise plead, the City requests a thirty (30) day extension of time to August 22, 2008, by which time it should have the opportunity to investigate plaintiff's allegations and gather and review any pertinent records.

5. This motion is not being brought for the purpose of delay or any other improper purpose.

6. Plaintiff will not be prejudiced if the requested extension of time is granted.

7. Plaintiff's counsel does not oppose this motion.

WHEREFORE, the City respectfully requests that this Court grant it an extension of time of thirty (30) days, up to and including August 22, 2008, to answer or otherwise plead to plaintiff's complaint.

Dated: July 24, 2008

Respectfully submitted,

MARA S. GEORGES,
Corporation Counsel of the City of Chicago

By: /s/ Kenneth Charles Robling
KENNETH CHARLES ROBLING
Senior Counsel

30 North LaSalle Street, Suite 1020
Chicago, Illinois 60602
312-742-0116

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that on July 24, 2008, he electronically filed the foregoing Defendant City of Chicago's Unopposed Motion for an Extension of Time to Answer or Otherwise Plead to Plaintiff's Complaint with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record in this matter registered to receive notice through the CM/ECF system.

By: /s/ Kenneth Charles Robling
KENNETH CHARLES ROBLING