IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ADEBOLA FAGBEMI, | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 C 3736 |
| | ) | |
| v. | ) | Judge Kendall |
| | ) | |
| CITY OF CHICAGO, and | ) | Magistrate Judge Brown |
| JOHN SPATZ, Jr., Individually, | ) | |
| and as Commissioner of the | ) | |
| Department of Water of the City of | ) | |
| Chicago, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that Defendant City of Chicago will appear before the Honorable Judge Kendall, or any judge sitting in her stead, on **Wednesday July 30, 2008, at 9:00 a.m.**, to present its Unopposed Motion for an Extension of Time to Answer or Otherwise Plead to Plaintiff's Complaint, a copy of which has been served on you.

Dated: July 24, 2008

MARA S. GEORGES,
Corporation Counsel of the City of Chicago

By:   /s/ Kenneth Charles Robling
KENNETH CHARLES ROBLING
Senior Counsel

30 North LaSalle Street, Suite 1020
Chicago, Illinois 60602
312-742-0116

-2-

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that on July 24, 2008, he electronically filed the foregoing Notice of Motion with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record in this matter registered to receive notice through the CM/ECF system.

By:   /s/ Kenneth Charles Robling
KENNETH CHARLES ROBLING