AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

ALIAS　SUMMONS IN A CIVIL CASE

ADEBOLA FAGBEMI

CASE NUMBER:　08 C 3736

V.

ASSIGNED JUDGE:　Kendall

CITY OF CHICAGO and JOHN SPATZ, Jr.

DESIGNATED
MAGISTRATE JUDGE:　Brown

TO: (Name and address of Defendant)

JOHN SPATZ, Jr., Commissioner
City of Chicago - Department of Water Management
c/o Clerk of the City of Chicago
City Hall, Room 107
Chicago, IL 60602

RECEIVED
2008 AUG 20 PM 2 49
OFFICE OF THE
CITY CLERK

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Arthur R. Ehrlich
GOLDMAN & EHRLICH
19 South LaSalle Street
Suite 1500
Chicago, IL 60603

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

(By) DEPUTY CLERK

August 20, 2008
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE 8/20/08 |
| NAME OF SERVER *(PRINT)* Rachael Temes | TITLE File Clerk |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served upon Nancy Nieminski (payment Clerk)

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8/20/08
            *Date*

*Signature of Server:* Rachael Temes

*Address of Server:*
**LAW OFFICES**
**GOLDMAN & EHRLICH**
19 SOUTH LASALLE STREET - FIFTEENTH FLOOR
CHICAGO, ILLINOIS 60603

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.