IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ADEBOLA FAGBEMI, ) <br> ) <br> Plaintiff, ) <br> )   08 C 3736 <br> v. ) <br> )   Judge KENDALL <br> CITY OF CHICAGO, and ) <br> JOHN SPATZ, Jr., Individually, )   Magistrate Judge Brown <br> and as Commissioner of the Department ) <br> of Water of the CITY OF CHICAGO, ) <br> ) <br> Defendants. ) | |

## NOTICE OF FILING

TO:    Kenneth Charles Robling. Esq.
       City of Chicago
       30 North LaSalle Street
       Suite 1020
       Chicago, IL 60602

**PLEASE TAKE NOTICE** that on the 20th day of August 2008, we filed the attached RETURN OF SERVICE – EXECUTED as to John Spatz, in the United States District Court for the Northern District of Illinois, Eastern Division, a copy of which is herewith served upon you.

/s/ Arthur R. Ehrlich
Arthur R. Ehrlich of GOLDMAN & EHRLICH
as attorney for Plaintiff ADEBOLA FAGBEMI

## PROOF OF SERVICE

I, Arthur R. Ehrlich, an attorney on oath, hereby certify that on August 20, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the above parties.

/s/ Arthur R. Ehrlich

LAW OFFICES
**GOLDMAN & EHRLICH**
19 SOUTH LA SALLE STREET
SUITE 1500
CHICAGO, ILLINOIS 60603
(312)332-6733

ARDC # 06187364