## United States District Court for the Northern District of Illinois

Case Number: 08CV3736    Assigned/Issued By: DAJ

Judge Name:    Designated Magistrate Judge:

---

### FEE INFORMATION

*Amount Due:*  ☐ $350.00   ☐ $39.00   ☐ $5.00
              ☐ IFP       ☐ No Fee   ☐ Other _____
              ☐ $455.00

Number of Service Copies _____    Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____    Receipt #: _____

Date Payment Rec'd: _____    Fiscal Clerk: _____

---

### ISSUANCES

☐ Summons                              ☑ Alias Summons
☐ Third Party Summons                  ☐ Lis Pendens
☐ Non Wage Garnishment Summons         ☐ Abstract of Judgment
☐ Wage-Deduction Garnishment Summons   _____
☐ Citation to Discover Assets          _____
☐ Writ _____            (Victim, Against and $ Amount)
       (Type of Writ)

1 Original and 0 copies on 08/20/08 as to JOHN SPATZ JR
                          (Date)

C:\wpwin80\docket\feeinfo.frm    03/14/05