IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ABEDOLA FAGBEMI, | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 C 3736 |
| | ) | |
| v. | ) | Judge Kendall |
| | ) | |
| CITY OF CHICAGO and JOHN SPATZ, Jr., | ) | Magistrate Judge Brown |
| | ) | |
| Defendants. | ) | |

**NOTICE OF MOTION**

TO:   Arthur R. Ehrlich
       Law Offices of Goldman & Ehrlich
       19 South LaSalle Street, Suite 1500
       Chicago, Illinois 60603

**PLEASE TAKE NOTICE** that Defendants City of Chicago and John Spatz, Jr. will appear before the Honorable Judge Kendall, or any judge sitting in her stead, on **Wednesday, August 27, 2008, at 9:00 a.m.**, to present their Motion for an Extension of Time to Answer or Otherwise Plead to Plaintiff's Complaint, a copy of which has been served on you.

Dated: August 21, 2008                    MARA S. GEORGES,
                                          Corporation Counsel of the City of Chicago

                           By:   */s/ Melanie Patrick Neely*
                                 MELANIE PATRICK NEELY

30 North LaSalle Street, Suite 1020
Chicago, Illinois  60602

312-744-5114

2

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that on July 24, 2008, he electronically filed the foregoing Notice of Motion with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record in this matter registered to receive notice through the CM/ECF system.

By:   /s/ Kenneth Charles Robling
               KENNETH CHARLES ROBLING