# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Adebola Fagbemi
                                  Plaintiff,

v.                                                                      Case No.: 1:08−cv−03736
                                                                      Honorable Virginia M. Kendall

City Of Chicago, et al.
                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 26, 2008:

      MINUTE entry before the Honorable Virginia M. Kendall: MOTION by Defendants City Of Chicago, John Spatz, Jr for extension of time to file answer or otherwise plead [18] is granted. Defendants are to answer or otherwise plead by 9/12/2008.Mailed notice(tlp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.